1  Jeffrey S. Allison (NV Bar # 8949)
   HOUSER & ALLISON
2  A Professional Corporation
3  3900 Paradise Rd., Suite 101
   Las Vegas, Nevada 89169
4  Phone: (702) 410-7593
   Fax: (702) 410-7594
5  jallison@houser-law.com

6  Attorneys for Defendant CENLAR FSB, erroneously sued herein as CENLAR FEDERAL
7  SAVINGS BANK

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY A. JOHNSON, | ) CASE NO: 2:15-cv-02219-APG-GWF |
| Plaintiff, | ) Consolidated Actions: |
| | ) 2:15-cv-02261-RFB-NJK |
| vs. | ) 2:15-cv-02451-RCJ-PAL |
| CENLAR FEDERAL SAVINGS BANK, COMUNNINTY ONE FEDERAL CREDIT UNION AND EXPERIAN INFORMATION SOLUTIONS, INC., | ) HON. ANDREW P. GORDON |
| | ) **MOTION AND ~~PROPOSED~~ ORDER TO SUBSTITUTE ATTORNEY** |
| Defendants. | ) |

Notice is hereby given of the entry of the undersigned as counsel for Defendant CENLAR FSB, erroneously sued as CENLAR FEDERAL SAVINGS BANK ("CENLAR"), in the above-entitled action. Pursuant to FRCP 5, all further notices and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Jeffrey S. Allison (NV Bar # 8949)
HOUSER & ALLISON
A Professional Corporation
3900 Paradise Rd., Suite 101
Las Vegas, Nevada 89169
Phone: (702) 410-7593
Fax: (702) 410-7594
jallison@houser-law.com

---

MOTION TO SUBSTITUTE ATTORNEY

1

1  Please be advised that Jeffrey S. Allison is now the attorney with counsel of record for
2  CENLAR in place of Lindsey E. Pena.

4  Dated: May 24, 2016

HOUSER & ALLISON
A Professional Corporation

/s/ Jeffrey S. Allison
Jeffrey S. Allison, Esq.
Attorneys for Defendant CENLAR FSB, erroneously sued herein as CENLAR FEDERAL SAVINGS BANK

**ORDER**

IT IS SO ORDERED.

Dated: May 25, 2016

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

On May 24, 2016 I served the following document(s) described as follows:

**MOTION AND PROPOSED ORDER TO SUBSTITUTE ATTORNEY**

On the following interested parties in this action:

| | |
|---|---|
| David H. Krieger | Charles E Gianelloni |
| Haines & Krieger, LLC | V. R. Bohman |
| 8985 S. Eastern Avenue | Bob L. Olson |
| Suite 350 | Snell & Wilmer L.L.P. |
| Henderson, NV 89123 | 3883 Howard Hughes Parkway |
| (702) 880-5554 | Las Vegas, NV 89169 |
| Fax: (702) 383-5518 | (702)784-5200 |
| Email: dkrieger@hainesandkrieger.com | Fax: (702) 784-5252 |
| *Attorneys for Plaintiff* | Email: cgianelloni@swlaw.com |
| | Email: vbohman@swlaw.com |
| | Email: bolson@swlaw.com |
| | *Attorneys for Defendant,* |
| | *Experian Information Solutions, Inc* |

☒ E-FILING—By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct. Executed on May 24, 2016 at Irvine, California.

_____
Courtney Hershey

MOTION TO SUBSTITUTE ATTORNEY
3