**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TIMOTHY A. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CENLAR FEDERAL SAVINGS BANK, *et al.*,<br><br>    Defendants.<br>_____<br><br>AND ALL RELATED ACTIONS. | Case No. 2:15-cv-02219-APG-GWF<br><br>(Consolidated with 2:15-cv-00261-APG-GWF and 2:15-cv-02451-APG-GWF)<br><br>**ORDER STAYING DEADLINES AND SETTING DATE FOR FILING DISMISSAL DOCUMENTS** |

In light of the notices of settlement (ECF Nos. 40, 41),

IT IS ORDERED that all pending dates, deadlines, and filing requirements are vacated as to defendants Experian Information Solutions, Inc. and Cenlar Federal Savings Bank.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss on or before August 15, 2016.

DATED this 16th day of June, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE