David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiffs*
*Timothy A. Johnson and Rachel E. Johnson*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Timothy A. Johnson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CENLAR FEDERAL SAVINGS BANK, COMMUNITY ONE FEDERAL CREDIT UNION, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants | **Case No. 2:15-cv-02219-APG-GWF**<br>**(Consl. with 2:15-cv-02261-RFB-NJK and 2:15-cv-02451-RCJ-PAL)**<br><br><br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO CENLAR FEDERAL SAVINGS BANK ONLY** |
| Rachel E. Johnson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICA FIRST CREDIT UNION, CENLAR FEDERAL SAVINGS BANK, MACY'S/DSNB, WELLS FARGO BANK, NATIONAL ASSOCIATION AND EQUIFAX NFORMATION SERVICES, LLC, | **ORDER** |

|  |  |
|---|---|
| Rachel E. Johnson, | ) |
| Plaintiff, | ) |
| v. | ) |
| CENLAR FEDERAL SAVINGS BANK, COMMUNITY ONE FEDERAL CREDIT UNION AND EXPERIAN INFORMATION SOLUTIONS, INC, | ) |
| Defendants | ) |

Plaintiffs, Timothy A. Johnson and Rachel E. Johnson, hereby move that the above-entitled actions shall be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41(a)(2) as to, and **ONLY as to, CENLAR FEDERAL SAVINGS BANK**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

### ORDER

**SO ORDERED.**

Dated: July 18, 2016.

_____
UNITED STATES DISTRICT JUDGE

**[COUNSEL SIGNATURES NEXT PAGE]**

**Stipulated by and Between**

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiffs*

By:

/s/Jeffrey S. Allison, Esq.
Houser & Allison, APC
9970 Research Drive
Irvine, CA 92618
*Attorney for Defendant Cenlar Federal Savings Bank*